UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-09178-HDV-KSx | Date | 1/8/2025 |
| Title | *United African-Asian Abilities Club et al v. Ozer Maple LLC et al* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE [JS-6]**

The Court has received and reviewed Plaintiffs' Notice of Voluntary Dismissal filed on January 2, 2025. The Court hereby vacates all hearings and deadlines and dismisses the case.

**IT IS SO ORDERED.**